**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RASHED AMIR AHMAD ABUHIJLEH,

Petitioner,

v.

JAIME RIOS, et al.,

Respondents.

Case No. 5:26-cv-04592-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and Respondents are ordered to provide Petitioner Rashed Amir Ahmad Abuhijleh (A# 220-487-501) with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. §§ 1003.19 and 1236.1[1] within seven (7) days of the date of the Order Granting Petition for Writ of Habeas Corpus.

[1] The immigration judge must exercise his or her discretion to make a determination about whether to release Petitioner on bond based on relevant factors, including, but not limited to, criminal history, immigration history, manner of entry, whether fixed residence, length of residence, family ties, employment history, and compliance with prior orders. See Matter of Guerra, 241 I. & N. Dec. 37, 40 (BIA 2006). In addition, the immigration judge must provide the reasons for the decision orally or in writing. See 8 C.F.R. § 1003.19(f).

Respondents are ordered to provide the immigration judge conducting the bond hearing with a copy of the Order Granting Petition for Writ of Habeas Corpus.

Respondents are ordered to release Petitioner from custody within eight (8) days following the date of the Order Granting Petition for Writ of Habeas Corpus if Petitioner has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

Respondents are ordered to file a status report within two (2) business days of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with the Order Granting Petition for Writ of Habeas Corpus.

DATED: September 9, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE